IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VALERIE STOREY, individually )
and as Executrix of the Estate )
of Kenneth Cartee, )
)
)
Plaintiff, ) CASE NO. CV414-194
)
v. )
)
EFFINGHAM COUNTY JAIL; JIMMY )
MCDUFFIE, individually and as )
Effingham County Sherriff; )
EFFINGHAM COUNTY SHERRIFF'S )
DEPARTMENT; TRANSFORMHEALTHRX, )
INC.; EFFINGHAM COUNTY BOARD )
OF COMMISSIONERS; JOHN DOES 1- )
20; JANE DOES 1-10; and JOHN )
DOES PHYSICIANS 1-5; )
)
Defendants. )
)

## O R D E R

Before the Court is the parties' Amended Stipulation of Dismissal. (Doc. 31.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the parties by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE** and all parties shall bear their own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of November 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA